8½ m.

**CRIMINAL CAUSE ON TRIAL:**

BEFORE ROSS, J.        MAR. 03 2020        TIME: 9:30am

CR-17-434 (ARR)

DEFT NAME: Francisco Melendez Perez                #
  X  present    ___ not present    x  cust.    ___ bail

DEFENSE COUNSEL: Michael Gold
  x  present    ___ not present    x  CJA    ___ RET.    ___ LAS

DEFT NAME: Abel Romero Melendez                #
  x  present    ___ not present    x  cust.    ___ bail

DEFENSE COUNSEL: Michael Hueston
  x  present    ___ not present    x  CJA    ___ RET.    ___ LAS

DEFT NAME: Jose Miguel Melendez Rojas                #
  x  present    ___ not present    x  cust.    ___ bail

DEFENSE COUNSEL: Susan Kellman
  x  present    ___ not present    x  CJA    ___ RET.    ___ LAS

DEFT NAME: Jose Osvaldo Melendez Rojas                #
  x  present    ___ not present    x  cust.    ___ bail

DEFENSE COUNSEL: Mitchell Golub
  x  present    ___ not present    x  CJA    ___ RET.    ___ LAS

A.U.S.A.: E. Argo, T Hajjar & G. Kassner        CLERK: DEL

REPORTER: David Roy                OTHER:
INT:   (LANG.-Spanish )Nathan Rhodes, Rossana Testino, Elizabeth Caruso & Mari Elena Alvarado.

  X  CASE CALLED.    x  DEFT(S)_____ APPEAR WITH COUNSEL.
  ___ DEFT(S)_____ APPEAR WITHOUT COUNSEL.
  ___ COUNSEL PRESENT WITHOUT DEFT(S)_____.

**OTHER:** Trial commenced; Interpeters sworn in; Witness sworn in; Exhibits marked; Trial adjourned to 3/4/2020 @ 9:30am.

**CRIMINAL CAUSE ON TRIAL:**

BEFORE ROSS, J.    MAR. 03 2020    TIME: 9:30am

CR-17-434 (ARR)

DEFT NAME: Rosalio Melendez Rojas    #
   X present    ___ not present    x cust.    ___ bail

DEFENSE COUNSEL: Thomas Dunn
   x present    ___ not present    x CJA    ___ RET.    ___ LAS

DEFT NAME: ___    #
   ___ present    ___ not present    ___ cust.    ___ bail

DEFENSE COUNSEL: ___
   ___ present    ___ not present    ___ CJA    ___ RET.    ___ LAS

DEFT NAME: ___    #
   ___ present    ___ not present    ___ cust.    ___ bail

DEFENSE COUNSEL: ___
   ___ present    ___ not present    ___ CJA    ___ RET.    ___ LAS

DEFT NAME: ___    #
   ___ present    ___ not present    ___ cust.    ___ bail

DEFENSE COUNSEL: ___
   ___ present    ___ not present    ___ CJA    ___ RET.    ___ LAS

A.U.S.A.: E. Argo, T Hajjar & G. Kassner    CLERK: DEL

REPORTER: David Roy    OTHER: ___
INT: (LANG.-Spanish) Nathan Rhodes, Rossana Testino, Elizabeth Caruso & Mari Elena Alvarado

   X CASE CALLED.    x DEFT(S) ___ APPEAR WITH COUNSEL.
   ___ DEFT(S) ___ APPEAR WITHOUT COUNSEL.
   ___ COUNSEL PRESENT WITHOUT DEFT(S) ___.

**OTHER:** Trial commenced; Interpeters sworn in; Witness sworn in; Exhibits marked; Trial adjourned to 3/4/2020 @ 9:30am