Court Ex
6  1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

   - against -

JOSE MIGUEL MELENDEZ-ROJAS,
JOSE OSVALDO MELENDEZ-ROJAS,
ROSALIO MELENDEZ-ROJAS,
FRANCISCO MELENDEZ-PEREZ and
ABEL ROMERO-MELENDEZ,

        Defendants.
------------------------------X

Docket No. 17-CR-434 (S-2) (ARR)

VERDICT SHEET

## COUNT ONE
### Alien Smuggling Conspiracy

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

        Guilty __✓__    Not Guilty _____

*If you find the defendant JOSE MIGUEL MELENDEZ-ROJAS guilty as to Count One, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

        Yes __✓__    No _____

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

        Guilty __✓__    Not Guilty _____

*If you find the defendant JOSE OSVALDO MELENDEZ-ROJAS guilty as to Count One, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

        Yes __✓__    No _____

[signature] Juror #1

As to defendant ROSALIO MELENDEZ-ROJAS:

Guilty ___✓___    Not Guilty _____

*If you find the defendant ROSALIO MELENDEZ-ROJAS guilty as to Count One, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

Yes ___✓___    No _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

Guilty ___✓___    Not Guilty _____

*If you find the defendant FRANCISCO MELENDEZ-PEREZ guilty as to Count One, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

Yes ___✓___    No _____

As to defendant ABEL ROMERO-MELENDEZ:

Guilty ___✓___    Not Guilty _____

*If you find the defendant ABEL ROMERO-MELENDEZ guilty as to Count One, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

Yes ___✓___    No _____

## COUNT TWO
### Conspiracy to Transport Minors to Engage in Prostitution

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

Guilty ___✓___    Not Guilty _____

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

Guilty ___✓___    Not Guilty _____

2

As to defendant ROSALIO MELENDEZ-ROJAS:

                Guilty   ✓         Not Guilty _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

                Guilty   ✓         Not Guilty _____

As to defendant ABEL ROMERO-MELENDEZ:

                Guilty   ✓         Not Guilty _____

## COUNT THREE
### Sex Trafficking Conspiracy

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

                Guilty   ✓         Not Guilty _____

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

                Guilty   ✓         Not Guilty _____

As to defendant ROSALIO MELENDEZ-ROJAS:

                Guilty   ✓         Not Guilty _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

                Guilty   ✓         Not Guilty _____

As to defendant ABEL ROMERO-MELENDEZ:

                Guilty   ✓         Not Guilty _____

## COUNT FOUR
## Sex Trafficking of a Minor – Diana

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

Guilty ✓   Not Guilty ____

*If you find the defendant JOSE MIGUEL MELENDEZ-ROJAS guilty as to Count Four, please indicate whether A or B (or both) have been proved:*

A. Do you find that the defendant knew that means of force, fraud or coercion would be used to cause Diana to engage in one or more commercial sex acts?

Yes ✓   No ____

B. Do you find that the defendant knew that Diana had not attained the age of 18 years and would be caused to engage in one or more commercial sex acts?

Yes ✓   No ____

As to defendant ROSALIO MELENDEZ-ROJAS:

Guilty ✓   Not Guilty ____

*If you find the defendant ROSALIO MELENDEZ-ROJAS guilty as to Count Four, please indicate whether A or B (or both) have been proved:*

A. Do you find that the defendant knew that means of force, fraud or coercion would be used to cause Diana to engage in one or more commercial sex acts?

Yes ✓   No ____

B. Do you find that the defendant knew that Diana had not attained the age of 18 years and would be caused to engage in one or more commercial sex acts?

Yes ✓   No ____

As to defendant ABEL ROMERO-MELENDEZ:

Guilty ✓   Not Guilty ____

*If you find the defendant ABEL ROMERO-MELENDEZ guilty as to Count Four, please indicate whether A or B (or both) have been proved:*

A. Do you find that the defendant knew that means of force, fraud or coercion would be used to cause Diana to engage in one or more commercial sex acts?

Yes ✓  No ____

B. Do you find that the defendant knew that Diana had not attained the age of 18 years and would be caused to engage in one or more commercial sex acts?

Yes ✓  No ____

### AS TO COUNT FIVE
### Sex Trafficking of Veronica

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

Guilty ✓  Not Guilty ____

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

Guilty ✓  Not Guilty ____

As to defendant ROSALIO MELENDEZ-ROJAS:

Guilty ✓  Not Guilty ____

### AS TO COUNT SIX
### Sex Trafficking of Fabiola

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

Guilty ✓  Not Guilty ____

As to defendant ROSALIO MELENDEZ-ROJAS:

Guilty ✓  Not Guilty ____

## AS TO COUNT SEVEN
### Alien Smuggling of Fabiola

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

        Guilty ____✓____   Not Guilty _____

*If you find the defendant JOSE OSVALDO MELENDEZ-ROJAS guilty as to Count Seven, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

        Yes ____✓____   No _____

As to defendant ROSALIO MELENDEZ-ROJAS:

        Guilty ____✓____   Not Guilty _____

*If you find the defendant ROSALIO MELENDEZ-ROJAS guilty as to Count Seven, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

        Yes ____✓____   No _____

## AS TO COUNT EIGHT
### Sex Trafficking of Maria Rosalba

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

        Guilty ____✓____   Not Guilty _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

        Guilty ____✓____   Not Guilty _____

## COUNT NINE
### Alien Smuggling of Maria Rosalba

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

        Guilty ____✓____   Not Guilty _____

*If you find the defendant JOSE OSVALDO MELENDEZ-ROJAS guilty as to Count Nine, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

Yes ____✓____   No _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

Guilty ____✓____   Not Guilty _____

*If you find the defendant FRANCISCO MELENDEZ-PEREZ guilty as to Count Nine, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

Yes ____✓____   No _____

## COUNT TEN
## Sex Trafficking of a Minor – Delia

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

Guilty ____✓____   Not Guilty _____

*If you find the defendant JOSE MIGUEL MELENDEZ-ROJAS guilty as to Count Ten, please indicate whether A or B (or both) have been proved:*

A. Do you find that the defendant knew or recklessly disregarded that means of force, fraud or coercion would be used to cause Delia to engage in one or more commercial sex acts?

Yes ____✓____   No _____

B. Do you find that the defendant knew or recklessly disregarded that Delia had not attained the age of 18 years and would be caused to engage in one or more commercial sex acts?

Yes ____✓____   No _____

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

Guilty ____✓____   Not Guilty _____

7

*If you find the defendant JOSE OSVALDO MELENDEZ-ROJAS guilty as to Count Ten, please indicate whether A or B (or both) have been proved:*

A. Do you find that the defendant knew or recklessly disregarded that means of force, fraud or coercion would be used to cause Delia to engage in one or more commercial sex acts?

Yes ___✓___   No _____

B. Do you find that the defendant knew or recklessly disregarded that Delia had not attained the age of 18 years and would be caused to engage in one or more commercial sex acts?

Yes ___✓___   No _____

As to defendant ROSALIO MELENDEZ-ROJAS:

Guilty ___✓___   Not Guilty _____

*If you find the defendant ROSALIO MELENDEZ-ROJAS guilty as to Count Ten, please indicate whether A or B (or both) have been proved:*

A. Do you find that the defendant knew or recklessly disregarded that means of force, fraud or coercion would be used to cause Delia to engage in one or more commercial sex acts?

Yes ___✓___   No _____

B. Do you find that the defendant knew or recklessly disregarded that Delia had not attained the age of 18 years and would be caused to engage in one or more commercial sex acts?

Yes ___✓___   No _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

Guilty ___✓___   Not Guilty _____

*If you find the defendant FRANCISCO MELENDEZ-PEREZ guilty as to Count Ten, please indicate whether A or B (or both) have been proved:*

A. Do you find that the defendant knew or recklessly disregarded that means of force, fraud or coercion would be used to cause Delia to engage in one or more commercial sex acts?

8

Yes __✓__        No _____

B. Do you find that the defendant knew or recklessly disregarded that Delia had not attained the age of 18 years and would be caused to engage in one or more commercial sex acts?

Yes __✓__        No _____

## COUNT ELEVEN
## Transportation of a Minor to Engage in Prostitution – Delia

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

Guilty __✓__        Not Guilty _____

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

Guilty __✓__        Not Guilty _____

As to defendant ROSALIO MELENDEZ-ROJAS:

Guilty __✓__        Not Guilty _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

Guilty __✓__        Not Guilty _____

## COUNT TWELVE
## Alien Smuggling of Delia

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

Guilty __✓__        Not Guilty _____

*If you find the defendant JOSE MIGUEL MELENDEZ-ROJAS guilty as to Count Twelve, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

Yes __✓__        No _____

9

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

    Guilty __✓__    Not Guilty _____

*If you find the defendant JOSE OSVALDO MELENDEZ-ROJAS guilty as to Count Twelve, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

    Yes __✓__    No _____

As to defendant ROSALIO MELENDEZ-ROJAS:

    Guilty __✓__    Not Guilty _____

*If you find the defendant ROSALIO MELENDEZ-ROJAS guilty as to Count Twelve, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

    Yes __✓__    No _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

    Guilty __✓__    Not Guilty _____

*If you find the defendant FRANCISCO MELENDEZ-PEREZ guilty as to Count Twelve, answer the following question:*

Do you find that the defendant acted for the purpose of private financial gain?

    Yes __✓__    No _____

### COUNT FOURTEEN
### Alien Smuggling of Daisy

As to defendant ROSALIO MELENDEZ-ROJAS:

    Guilty __✓__    Not Guilty _____

*If you find the defendant ROSALIO MELENDEZ-ROJAS guilty as to Count Fourteen, answer the following question:*

10

Do you find that the defendant acted for the purpose of private financial gain?

Yes __✓__    No _____

## COUNT FIFTEEN
### Money Laundering Conspiracy

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

Guilty __✓__    Not Guilty _____

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

Guilty __✓__    Not Guilty _____

As to defendant ROSALIO MELENDEZ-ROJAS:

Guilty __✓__    Not Guilty _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

Guilty __✓__    Not Guilty _____

## COUNT SIXTEEN
### Distribution of Proceeds of a Prostitution Business

As to defendant JOSE MIGUEL MELENDEZ-ROJAS:

Guilty __✓__    Not Guilty _____

As to defendant JOSE OSVALDO MELENDEZ-ROJAS:

Guilty __✓__    Not Guilty _____

As to defendant ROSALIO MELENDEZ-ROJAS:

Guilty __✓__    Not Guilty _____

As to defendant FRANCISCO MELENDEZ-PEREZ:

Guilty __✓__    Not Guilty _____

## **COUNT EIGHTEEN**
### **Illegal Reentry**

As to defendant ABEL ROMERO-MELENDEZ:

        Guilty __✓__     Not Guilty _____