# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217

(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM

FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

August 27, 2021

**Via ECF and EMAIL**
Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *U.S. v. Melendez-Rojas*
      17 Cr. 434 (ARR)

Dear Judge Ross:

I write to respectfully request that your Honor assist counsel is determining what is currently happening at the MDC regarding Mr. Melendez-Rojas' health/treatment.

I have heard from various sources that Mr. Melendez-Rojas is quite ill. I reached out to Sophia Papapetru, legal counsel at the MDC; however, without a HIPPA form – which isn't easy to come by with a client who speaks no English, in the age of Covid – I cannot be trusted with any information regarding my client's health – or lack thereof.

Accordingly, counsel respectfully requests that your Honor inquire as to Mr. Melendez-Rojas' condition and treatment – as I'm confident that a judicial robe trumps a HIPPA form.

Your Honor's consideration of this request is greatly appreciated.

Respectfully submitted,

*Susan G. Kellman*
Susan G. Kellman

cc:   All counsel

      Sophia Papapetru, Esq.