

U.S. Department of Justice

United States Attorney
Eastern District of New York

TH
F. #2014R01255

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 4, 2022

By ECF

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Melendez-Rojas, et al.
     Criminal Docket No. 17-434 (ARR)

Dear Judge Ross:

  The government respectfully submits this letter to request that the sentencing dates for the defendants in the above-captioned case be scheduled on any dates prior to February 15, 2022, or, alternatively, on any dates after March 4, 2022. The government makes this request because one of the undersigned Assistant United States Attorneys is leaving the Office on February 15, and the other two are currently starting separate trials starting on February 22 and February 28. The government recognizes that scheduling these sentencing dates have been particularly difficult in light of the COVID-19 pandemic and apologizes for any inconvenience to the Court.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

      By:  /s/
         Tanya Hajjar
         Erin E. Argo
         Gillian Kassner
         Assistant U.S. Attorneys
         (718) 254-7000