<u>CRIMINAL CAUSE FOR SENTENCING</u>

<u>BEFORE: ROSS, U.S.D.J.</u>     <u>FEB. 9, 2022</u>     <u>Time: 2:00pm</u>

<u>CR-17-434</u>          DEFT NUMBER: ____

<u>DEFT NAME:</u> **Jose Miguel Melendez-Rojas**

   <u>X   present</u>     <u>___ not present</u>     <u>x   cust.</u>     <u>___   bail</u>

<u>DEFENSE COUNSEL:</u> **Susan G. Kellman**

   <u>X   present</u>     <u>___ not present</u>     <u>x  CJA</u>     <u>___ RET.</u>     <u>___ LAS</u>

**<u>A.U.S.A.:</u> Gillian Kess**ler & Tanya Hajjar     <u>CLERK: D. LaSalle</u>

<u>Reporter: ToniAnn Lucatorto</u>          <u>PO: Jennifer Fischer</u>

<u>INT:   (LANG.-Spanish ) Dagoberto Orrantia</u>

XXX   <u>CASE CALLED.</u>   ___   <u>SENTENCING ADJ'D TO          .</u>

X    <u>SENTENCING HELD.</u>   x   <u>STATEMENTS OF DEFT AND COUNSEL HEARD.</u>

x    <u>DEFT SENTENCED ON COUNT 1,2,3,4,5,10,11,12,15 & 16 OF THE</u>

     <u>Superseding Indictment.</u>

  <u>Defendant is sentenced to 39 years and 6 months to be followed by</u>
<u>a 5 years of supervised release. A special assessment of $1,000</u>
<u>dollras is imposed.</u>

___  <u>REMAINING OPEN COUNTS ARE DISMISSED ON</u>   ___   <u>GOVTS MOTION</u>

                                                ___   <u>COURT'S MOTION</u>

 x   <u>COURT ADVISED DEFT OF RIGHT TO APPEAL.</u>   ___   <u>I.F.P. GRANTED.</u>

___  <u>DEFT REMANDED.</u>     ___   <u>DEFT ON BAIL PENDING APPEAL.</u>

**OTHER:** _____