**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

_____ District of _____

Caption:

_____ v.

_____

Docket No.: _____)_____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [___], other [___] _____
(specify)
entered in this action on _____.
(date)


This appeal concerns: Conviction only [___]   Sentence only [___]   Conviction & Sentence [___]   Other [___]

Defendant found guilty by plea [___] trial [___] N/A [___].

Offense occurred after November 1, 1987?   Yes [___]   No [___]   N/A [___]

Date of sentence: _____   N/A [___]

Bail/Jail Disposition: Committed [___]   Not committed [___]   N/A [___]


Appellant is represented by counsel?  Yes [___] No [___]   If yes, provide the following information:

Defendant's Counsel:       _____

Counsel's Address:         _____
                           _____

Counsel's Phone:           _____


Assistant U.S. Attorney:   _____

AUSA's Address:            _____
                           _____

AUSA's Phone:              _____


_Susan G. Kellman_
_____
Signature